# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 1168 |

## FINAL DECREE AND ORDER CLOSING CERTAIN OF THE POST-EFFECTIVE DATE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[2] of the Debtors for the entry of a final decree (this "Final Decree and Order") closing the Closed Cases, as more fully set forth in the Motion, pursuant to section 350(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 3022-1 and 9004-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and having determined that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and that due and adequate notice of the Objection having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

    1.    The Motion is GRANTED as set forth herein.

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. A complete list of all of the Debtors in these jointly administered cases, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

28369390.2

2. The Closed Cases, identified on **Exhibit 1**, attached hereto, are hereby closed effective as of the date of the entry of this Final Decree and Order.

3. The Lead Case shall remain open and shall be administered under the following amended caption:

| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12168 (CSS)<br><br>(Jointly Administered) |
|---|---|

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. In addition to the foregoing Debtor, the "Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Town Sports International, LLC, Case No. 20-12168 (CSS).

4. The Clerk of the Court shall enter this Final Decree and Order individually on the docket of each of the Closed Cases and thereafter such dockets shall be marked as "Closed."

5. All motions, contested matters, and adversary proceedings that remain open as of the date of this Final Decree and Order, or that are opened after the date of this Final Decree and Order, with respect to the Debtors will be administered in the Lead Case.

6. The Plan Administrator and Non-Released Claims Trustee are authorized to resolve or to object to claims filed against each of the Debtors in the Lead Case notwithstanding the fact that a claim may have been filed against a Debtor in a Closed Case. For the avoidance of doubt, nothing in the Motion or in this Final Decree and Order shall impair or modify the rights and/or defenses of any party with respect to any Debtor in a Closed Case or with respect to any Debtor for which there is a Closed Case, including without limitation, with respect to any distributions under the Plan and/or the claims reconciliation process, it being understood that all

28369390.2

such rights and defenses shall be preserved to the same extent that the Closed Cases not been closed.

7. The Post-Effective Date Debtors shall pay all fees accrued and owing under 28 U.S.C. § 1930 with respect to disbursements made in the Closed Cases on the date that such fees are due.

8. The final report for the Debtors in the Closed Cases required under Local Rule 3022-1(c) shall be included as part of a consolidated report for all of the Debtors and filed in connection with the closure of the Lead Case.

9. Entry of this Final Decree and Order is without prejudice to the rights of the Debtors or other parties in interest to seek to reopen any of the Closed Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

10. The Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree and Order in accordance with the Motion.

11. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree and Order shall be immediately effective and enforceable upon its entry.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree and Order.

Dated: September 23rd, 2021
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

28369390.2

3